Milton R. ACKMAN, as Trustee of American Foam Rubber Corporation, Bankrupt, Plaintiff-Appellant,

v.

WALTER E. HELLER & COMPANY, Inc., Defendant-Appellee.

No. 337, Docket 32985.

United States Court of Appeals Second Circuit.

Argued Dec. 9, 1969.

Decided Dec. 16, 1969.

Jacob Greenwald, New York City (Kleeberg & Greenwald, Alexander H. Rockmore, New York City, of counsel), for plaintiff-appellant.

Charles Seligson, New York City (Seligson & Morris, Robert Popper, New York City, of counsel), for defendant-appellee.

Before MOORE and KAUFMAN, Circuit Judges, and RYAN,* District Judge.

PER CURIAM:

The judgment of the District Court is affirmed. There is ample support in the record to sustain the findings in the opinions of Judge Wyatt, reported at 307 F.Supp. 971 (S.D.N.Y.1968), and 307 F.Supp. 958 (S.D.N.Y.1968), that (1) there is no "reasonable cause to believe that the debtor is insolvent" as required to make a preference voidable under § 60(b) of the Bankruptcy Act, 11 U.S.C. § 96(b) (1964) and (2) there was no "intent of giving a preference to any particular creditor over other creditors" as required by § 15 of the New York Stock Corporation Law, McKinney's Consol. Laws, c. 59, made applicable by § 70(e) of the Bankruptcy Act, 11 U.S.C. § 110 (e) (1964).

James J. GILLIN, Appellant,

v.

F/V NANCY, her engines, tackle, apparel, etc., in rem and William H. Fish, as owner of the F/V Nancy, in personam, Appellees.

No. 13709.

United States Court of Appeals, Fourth Circuit.

Argued March 2, 1970.

Decided March 6, 1970.

Hugh S. Meredith, Norfolk, Va. (J. Davis Reed, III, and Vandeventer, Black, Meredith & Martin, Norfolk, Va., on the brief), for appellant.

Daniel Hartnett, Accomac, Va. (Henry L. Carter and Ayres & Hartnett, Accomac, Va., on the brief), for appellees.

Before WINTER, CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

The district judge exonerated Captain Fish and his fishing boat Nancy from all responsibility for the collision between Nancy and motor yacht Lizanne. Since he applied correct principles of law to findings of fact that are not clearly erroneous the appeal is

Affirmed.

* Of the Southern District of New York, sitting by designation.